UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-144-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| KURC LeBRAY, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 20, 2007. The United States was represented by AUSA Michael Dion and the defendant by Gilbert Levy. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 12, 2004 by the Honorable Marsha J. Pechman on a charge of Conspiracy to Distribute Marijuana, and sentenced to 12 months and one day custody, 3 years supervised release. (Dkt. 48.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, participate in drug testing, participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

program, provide access to financial information, provide information about any business interests, and disclose all assets and liabilities.

On June 26, 2007, the conditions of supervised release were modified to require participation in a home confinement program with electronic monitoring for up to 180 days, and participate in a mental health program. (Dkt. 49.) On August 15, 2007, defendant's probation officer reported that defendant had tested positive for alcohol. Defendant was reprimanded, placed in a structured testing program, referred for counseling, professional assessment, and intensive outpatient treatment, and referred to a community based residential program. (Dkt. 50.)

In an application dated November 19, 2007 (Dkt. 51), U.S. Probation Officer Jerrod Akins alleged the following violations of the conditions of supervised release:

1. Consuming marijuana on or before September 24, 2007, in violation of standard condition no. 7.

2. Failing to participate as instructed in a substance abuse program, in violation of the special condition that he participate as instructed in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violation 1 and waived any evidentiary hearing as to whether it occurred. He requested an evidentiary hearing on alleged violation 2.

I therefore recommend the Court find defendant violated his supervised release as alleged in violation 1, and that the Court conduct a hearing limited to the issue of disposition. An evidentiary hearing on alleged violation 2 has been scheduled for January 8, 2008.

/ / /

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 20th day of December, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable Marsha J. Pechman
     AUSA:                   Michael Dion
     Defendant's attorney:   Gilbert Levy
     Probation officer:      Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3