# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KURC LEBRAY,

    Defendant.

Case No. CR04-144-MJP

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 11, 2009. The defendant appeared pursuant to summons issued in this case. The United States was represented by Michael Dion, and defendant was represented by Kenneth Kanev. Also present was U.S. Probation Officer Angela McGlynn. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on November 12, 2004 by the Honorable Marsha J. Pechman for Conspiracy to Distribute Marijuana. He received 12 months of imprisonment and 3 years of supervised release.

On June 20, 2007, a request for modifying the conditions of supervision with the consent of the offender was submitted to the Court requesting that Mr. LeBray be required to complete 180

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE- 1

days of electronic home monitoring with a Sobrietor, and that he be required to participate in a mental health program as directed, to specifically include the Moral Reconation Therapy (MRT) program. These modifications were sought after Mr. LeBray admitted to consuming alcohol, failing to be truthful with the probation officer, and being involved in an alleged assault. The Court approved these modifications on June 26, 2007.

On August 15, 2007, a report on offender under supervision was submitted to the Court after Mr. LeBray admitted to consuming alcohol on August 4, 2007. No action was recommended since Mr. LeBray appeared to be addressing his substance abuse issues. The Court approved the no action request on August 28, 2007.

On November 19, 2007, a violation report and request for summons was submitted to the Court reporting that Mr. LeBray had violated his conditions of supervised release by consuming marijuana and failing to participate in substance abuse treatment as instructed. On December 20, 2007, Mr. LeBray admitted to violation 1, and the second violation was dropped by the government.

Disposition was delayed in order to give Mr. LeBray a chance to return to compliance. However, a supplemental violation report and request for warrant was submitted to the Court on August 27, 2008, reporting that Mr. LeBray had further violated his conditions by consuming alcohol, committing the crime of driving under the influence, possessing marijuana, possessing drug paraphernalia, and failing to report law enforcement contact. Eventually, Mr. LeBray appeared before the Court on October 7, 2008, and was found to have committed all allegations and he was sentenced to serve 6 months in custody followed by 30 months supervised release.

On April 27, 2009, a report on offender under supervision was submitted to the Court reporting that Mr. LeBray had violated his conditions of supervision by failing to follow the

instructions of the probation officer by having contact with his ex-wife at her residence. No action was recommended and was approved by the Court on May 5, 2009.

PRESENTLY ALLEGED VIOLATIONS AND
DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated Auagust 11, 2009, U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

1. Consuming alcohol on or before July 24, 2009, in violation of the special condition that he refrain from the use of alcohol and/or other intoxicants during the term of supervision.

Defendant admitted the above violation, waived any hearing as to whether it occurred, and was informed the matter would be set for a disposition hearing September 23, 2009 at 10:30 a.m. before District Judge Marsha J. Pechman.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 11th day of September, 2009.

/s/
BRIAN A. TSUCHIDA
United States Magistrate Judge